HARRISON E. FRYBERGER, Appellant, *v.* N. W. HARRIS COMPANY, INC., et al., Respondents, Impleaded with Others.

Submitted March 1, 1937; decided March 9, 1937.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 273 N. Y. 115.)

GRACE E. LOWENDAHL, Appellant, *v.* BALTIMORE AND OHIO RAILROAD COMPANY et al., Respondents.

Submitted March 1, 1937; decided March 9, 1937.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 272 N. Y. 360.)

LINA SOMMER, Appellant and Respondent, *v.* PAUL SOMMER, Respondent and Appellant.

Submitted March 1, 1937; decided March 9, 1937.

*Alexander U. Zinke* for motion.

*Ernest G. Metcalfe* opposed.

Motion denied, with ten dollars costs.